UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

[redacted] 05 420ML

COLONNA'S SHIPYARD, INC., )
Plaintiff ) C.A. No.
)
v. )
)
MOTOR YACHT FELICITA WEST, )
her tackle, engines, etc. in rem, and WEST, )
LP, a Foreign Corporation, in personam, )
Defendants

**COMPLAINT IN ADMIRALTY REQUESTING ARREST**

Colonna's Shipyard, Inc. (hereinafter "Colonna's"), in and for its complaint against the Motor Yacht FELICITA WEST, in rem and WEST, LP, in personam, states as follows:

1. This is a marine and admiralty action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within this Court's Admiralty Jurisdiction pursuant to 28 U.S.C. §1333.

2. Colonna's is a corporation organized under the laws of the Commonwealth of Virginia and is engaged in the business of ship repair.

3. Defendant Motor Yacht FELICITA WEST is a 210-foot yacht that requested repairs at Colonna's Yachts, a division of Colonna's Shipyard, Inc. in Norfolk, Virginia.

4. Defendant West, LP of the Isle of Mann, U.K. is the owner and/or operator of the Motor Yacht FELICITA WEST, and contracted with Colonna's for extensive repairs and renovations to said vessel.

5. Defendant West, LP entered into a contract with Colonna's for extensive repairs and renovations to the Motor Yacht FELICITA WEST, after which Colonna's undertook extensive work on said vessel at its Colonna Yacht division in Norfolk, Virginia.

6. Colonna's has now completed, or nearly completed, all of the contracted work on the Motor Yacht FELICITA WEST and while it has been paid certain sums for its services, there is still due and owing the sum of Four Hundred Ninety-eight Thousand Five Hundred Fifty-eight and no/100 Dollars ($498,558.00) as best as now can be calculated.

7. The balance of payments due to Colonna's in the sum of Four Hundred Ninety-eight Thousand Five Hundred Fifty-eight and no/100 Dollars ($498,558.00) has not been paid by the M/Y FELICITA WEST or the defendant owner of said vessel, and said vessel has departed the area without paying said amounts justly due Colonna's pursuant to the maritime contract.

8. Colonna's is entitled to a Maritime Lien against said vessel for the work performed and is entitled to arrest the vessel in rem.

WHEREFORE, plaintiff requests that:

A. Process in due form of law pursuant to Supplemental Rule C, Federal Rules of Civil Procedure, according to the practice of this Court, be issued against the Motor Yacht FELICITA WEST in rem, to appear and answer the matters aforesaid;

B. Process issue in due form of law for service on the defendant West, LP;

C. Colonna's may have judgment for its damages in the sum of Four Hundred Ninety-eight Thousand Five Hundred Fifty-eight and no/100 Dollars ($498,558.00) plus interest and costs;

D. The Motor Yacht FELICITA WEST be condemned and sold to satisfy the damages of the plaintiff herein; and

E. The Court grant to the plaintiff such other and further relief as the Court may deem just.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: October 7, 2005

## VERIFICATION

Gordon P. Cleary, being sworn on oath, is deposed and states that he has spoken with David DiPersio, Chief Financial Officer of Colonna's Shipyard, Inc., and John D. Padgett, Esq., McGuireWoods, LLP, 101 W. Main Street, Norfolk, Virginia 23510, who have affirmed the truth of the matters alleged herein; he believes the allegations of the within complaint to be true, on information and belief; and he has been told an original verification by David DiPersio will be sent by Federal Express to his home on October 8, 2005.

I declare that the foregoing is true and correct.
Signed this 7th day of October, 2005.

Gordon P. Cleary

## VERIFICATION

COMMONWEALTH OF VIRGINIA

CITY OF NORFOLK, to-wit:

I, David DiPersio, Chief Financial Officer of Colonna's Shipyard, Inc., and a duly authorized agent for Colonna's Shipyard, Inc., the plaintiff herein, have read the foregoing complaint and the factual allegations set forth therein, and the same are true and correct to the best of my knowledge, information and belief.

Name: David DiPersio
Title: Chief Financial Officer

SUBSCRIBED and sworn to before me this 7th day of October, 2005.

Notary Public
My Commission Expires: Nov 30, 2007