UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

05 420ML

COLONNA'S SHIPYARD, INC., )
Plaintiff ) C.A. No.
)
v. )
)
MOTOR YACHT FELICITA WEST, )
her tackle, engines, etc. in rem, and WEST, )
LP, a Foreign Corporation, in personam, )
Defendants

## APPLICATION FOR WRIT OF ARREST

Plaintiff Colonna's Shipyard, Inc., pursuant to Federal Supplemental Rule of Civil Procedure Rule C, hereby applies for a writ of arrest of S/Y FELICITA WEST, with the United States Marshal's service being not responsible for any damage or loss to the S/Y FELICITA WEST. As grounds for this application, plaintiff's supporting memorandum is filed herewith, together with forms of writ of arrest and order of appointment.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated at Providence, Rhode Island
October 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COLONNA'S SHIPYARD, INC., Plaintiff )
)
)
v. )
)
MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants )

[redacted] C.A. No. 05 420 ML

**MEMORANDUM IN SUPPORT OF APPLICATION FOR WRIT OF ARREST**

This is a maritime action in rem and in personam to enforce and collect on a maritime lien.

As demonstrated in the verified complaint, the S/Y FELICITA WEST is subject to a maritime lien for unpaid repairs made by Colonna's Shipyard, Inc. The unpaid repairs total nearly $500,000. Plaintiff intends to file a motion to appoint a substitute custodian immediately following the arrest of the vessel.

For these reasons, plaintiff respectfully requests that the writ of arrest be issued.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated at Providence, Rhode Island
October 7 , 2005