UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 420 ML

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. |
| v. | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. <u>in rem</u>, and WEST, LP, a Foreign Corporation, <u>in personam</u>, Defendants | ) | |

RECEIVED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**<u>ORDER FOR ISSUANCE OF WRIT OF ARREST</u>**
**<u>AND FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN</u>**

1. On October 7, 2005, the verified complaint herein was filed praying that the vessel S/Y FELICITA WEST, her engines, equipment and all other necessaries thereunto appertaining and belonging, be condemned and sold to pay plaintiff's demands and claims and for other proper relief, based on defendant West, LP's failure to make payment for repairs performed on the vessel.

2. On October 7, 2005, the plaintiff applied for a Warrant of Arrest of Vessel commanding the United States Marshal, for the District of Rhode Island, to arrest and take into custody the S/Y FELICITA WEST and to detain the same in his custody until further Order of the Court.

3. It is contemplated that the United States Marshal will seize the S/Y FELICITA WEST forthwith. Custody by the United States Marshal requires the services of one or more keepers, with charges for storage or wharfage and other services usually associated with safekeeping vessels.

4. The defendant vessel, S/Y FELICITA WEST, is currently to be found at Newport Shipyard, Newport, Rhode Island.

Based on the foregoing, it is hereby:

ORDERED that the Warrant of Arrest of Vessel, in the form submitted with plaintiff's application, shall be issued by the Clerk of Court, commanding the United States Marshal, for the District of Rhode Island, to arrest and take into custody the S/Y FELICITA WEST and to detain the same until further Order of the Court; further,

ORDERED that all United States Marshal's costs be paid prior to release of said vessel; further,

ORDERED that the United States Marshal's Service shall not be responsible for damage or loss to the S/Y FELICITA WEST, and the plaintiff shall indemnify, hold harmless and release the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the vessel S/Y FELICITA WEST, her engines, equipment, etc., from the date of the transfer of possession of said vessel; further,

ORDERED that plaintiff shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody, and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody; further,

ORDERED that plaintiff's attorney will serve the owner of defendant vessel S/Y FELICITA WEST with a copy of this Order.

Dated this 7th day of October, 2005, at Providence, Rhode Island.

SO ORDERED:

Mary M. Lisi
United States District Judge