UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 420 ML

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. |
| v. | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**WARRANT FOR ARREST IN REM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE MARSHAL OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND:

GREETINGS:

WHEREAS, on the 6th day of October, 2005, plaintiff Colonna's Shipyard, Inc., a Virginia corporation, filed a Complaint in rem against the defendant Motor Yacht FELICITA WEST, her engines, tackle, apparel, appurtenances, cargo, etc., located at Newport Shipyard, Washington Street, Newport, Rhode Island, in a cause for breach of contract for ship repairs and praying the usual process of monition of the said Court in that behalf to be made, and that all persons interested in the said vessel may be cited and admonished in general and special to answer the premises, and all proceedings being had, that vessel, her engines, tackle, apparel, cargo, etc., located at Newport, Rhode Island, may for said causes in the said complaint mentioned be condemned and sold to pay the demands of the plaintiff;

And the said verified complaint in rem having been submitted to the Court in accordance with Supplemental Rule C(3), Honorable Mary M. Lisi, United States District Court Judge, having reviewed the same and determined that the conditions for an action

in rem appear to exist, and has authorized a warrant for the vessel or other property which is the subject of the complaint;

YOU ARE, THEREFORE, commanded to arrest and attach the Motor Yacht FELICITA WEST, her engines, tackle, apparel, cargo, etc., and to detain the same in your custody until the further order of this Court respecting the same, and all persons claiming the same shall file their said claim within **ten (10) days** after publication of notice and serve an answer within **twenty (20) days** after filing of the claim, on pain of being barred from all relief, or of having default entered, or such action taken in the premises as to the Court may seem proper;

And what you shall have done in the premises, do you then and there make prompt return thereof.

WITNESS, The Honorable Mary M. Lisi,
Judge of said Court, at the City of Providence, in said District,
this 7th day of October, 2005.

By: [signature], Deputy Clerk

COUNSEL:

Gordon P. Cleary, No. 1948
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX