UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. 05-420ML |
| v. | ) | |
| SAILING YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**JOINT MOTION FOR RELEASE OF S/Y FELICITA WEST FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE AND TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

Pursuant to Supplemental Rule E(5) of the Federal Rules of Civil Procedure, Colonna's Shipyard, Inc., the S/Y FELICITA WEST and West, LP move that the S/Y FELICITA WEST be released from the custody of the United States Marshals Service under prior order of the Court, upon the following conditions:

A. All costs and charges of the United States Marshals Service be paid from funds previously deposited with the Service by Colonna's Shipyard, Inc;

B. The sum of Eight Hundred Thousand Twenty-Five Dollars ($825,000) be deposited into the Registry of the Court by or on behalf of S/Y FELICITA WEST and West, LP as security for any and all sums, costs, expenses and interest as may be awarded in favor of plaintiff Colonna's Shipyard, Inc. by judgment of this Court; and,

C. Defendant West, LP shall accept service of the summons and complaint in this matter and enter an appearance as a party, waiving all form of objection to sufficiency of process, service of process and personal jurisdiction; plaintiff Colonna's Shipyard, Inc. may amend its complaint to assert additional damages or

sums owed, and plaintiff Colonna's shall return any funds received by wire following the deposit of funds into the Registry of the Court.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
(401) 737-8484
(401) 738-6935 FAX

Dated at Providence, Rhode Island
October 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. 05-420-ML |
| v. | ) | |
| SAILING YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION FOR RELEASE OF S/Y FELICITA WEST FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE**
**AND TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

Supplemental Rule E(5) of the Federal Rules of Civil Procedure provides that property arrested under in rem process may be released from the custody of the United States Marshals Service by order of the Court and stipulation of the parties.

Here, security for plaintiff's claim, in the form of funds deposited in the Registry of the Court has been tendered in an amount plaintiff deems sufficient, and conditioned to answer a judgment of this Court. In addition, the in personam defendant, West, LP, has agreed to accept service of process, and will not challenge personal jurisdiction, or the sufficiency and service of process. Finally, all fees and expenses of the United States Marshals Service shall be paid out of funds deposited by plaintiff with the Marshals Service, at the commencement of this action.

As the parties are in agreement, we respectfully request that the Court order the release of the S/Y FELICITA WEST from the custody of the United States Marshals Service on the following conditions:

A. All costs and charges of the United States Marshals Service be paid from funds previously deposited with the Service by Colonna's Shipyard, Inc;

B. The sum of Eight Hundred Thousand Twenty-Five Dollars ($825,000) be deposited into the Registry of the Court by or on behalf of S/Y FELICITA WEST and West, LP as security for any and all sums, costs, expenses and interest as may be awarded in favor of plaintiff Colonna's Shipyard, Inc. by judgment of this Court; and,

C. Defendant West, LP shall accept service of the summons and complaint in this matter and enter an appearance as a party, waiving all form of objection to sufficiency of process, service of process and personal jurisdiction.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
(401) 737-8484
(401) 738-6935 FAX

Dated at Providence, Rhode Island
October , 2005