UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COLONNA'S SHIPYARD, INC., )
Plaintiff ) C. A. No. 05-420ML
)
v. )
)
MOTOR YACHT FELICITA WEST, )
her tackle, engines, etc. in rem, and WEST, )
LP, a Foreign Corporation, in personam, )
Defendants )

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendants MOTOR YACHT FELICITA WEST and WEST, LP.

MOTOR YACHT FELICITA WEST
and WEST, LP
By their attorney,

John G. Earle RIBA #2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
Telephone: 737-8484
Facsimile: 738-6935

CERTIFICATION

I hereby certify that a copy of the within document was hand delivered to Gordon P. Cleary, Esq., attorney for the plaintiff, on the 11th day of October, 2005.