UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OCT 11 2005

COLONNA'S SHIPYARD, INC., )
Plaintiff ) C.A. No. 05-420ML
)
v. )
)
MOTOR YACHT FELICITA WEST, )
her tackle, engines, etc. in rem, and WEST, )
LP, a Foreign Corporation, in personam, )
Defendants

**ORDER GRANTING**
**JOINT MOTION FOR RELEASE OF S/Y FELICITA WEST FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE AND TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

1. On October 7, 2005, the verified complaint herein was filed praying that the vessel S/Y FELICITA WEST, her engines, equipment and all other necessaries thereunto appertaining and belonging, be condemned and sold to pay plaintiff's demands and claims and for other proper relief, based on defendant West, LP's failure to make payment for repairs performed on the vessel.

2. On October 7, 2005, upon Order of the Court, a Warrant of Arrest was issued, commanding the United States Marshal, for the District of Rhode Island, to arrest and take into custody the S/Y FELICITA WEST and to detain the same in his custody until further Order of the Court, and the vessel was arrested under the Warrant on October 10, 2005.

3. On October 11, 2005, the parties filed a joint motion to release the S/Y

expenses of the United States Marshals Service:

Based on the foregoing, it is hereby:

ORDERED, all costs and charges of the United States Marshals Service be paid from funds previously deposited with the Service by Colonna's Shipyard, Inc; further

ORDERED, the sum of Eight Hundred Thousand Twenty-Five Dollars ($825,000) be deposited into the Registry of the Court by or on behalf of S/Y FELICITA WEST and West, LP as security for any and all sums, costs, expenses and interest as may be awarded in favor of plaintiff Colonna's Shipyard, Inc. by judgment of this Court; further

ORDERED, pursuant to Local Rule 52 and General Order dated December 3, 1990, the Clerk shall invest said $825,000 in an interest-bearing account and shall, pursuant to such Rule deduct from the income earned on the account a fee in the amount of ten percent (10%) of the income earned whenever such income becomes available for such deduction in the account so held, and without further order of the Court; further

ORDERED, Defendant West, LP shall accept service of the summons and complaint in this matter and enter an appearance as a party, waiving all form of objection to sufficiency of process, service of process and personal jurisdiction, plaintiff Colonna's Shipyard, Inc. may amend its complaint to assert additional damages or sums owed, and plaintiff Colonna's shall return any funds received by wire following the deposit of funds into the Registry of the Court; and further

ORDERED, the United States Marshals Service shall release the S/Y FELICITA WEST from its custody, into the custody of its Master or those otherwise in charge of her maintenance and navigation.

Dated this 11th day of October, 2005, at Providence, Rhode Island.

SO ORDERED:

Mary M. Lisi

United States District Judge