UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. 05-420/ML |
| v. | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**NOTICE OF FILING ORIGINAL VERIFICATION**

Plaintiff Colonna's Shipyard, Inc. gives notice that it files herewith the original, notarized verification of the Complaint by David DiPersio, Chief Financial Officer of Colonna's Shipyard, Inc.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: October 12, 2005

CERTIFICATE OF SERVICE

To:

John G. Earle, Esq.
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard – Suite 300
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Notice of Filing Original Verification by mailing first class mail, postage prepaid, on the 12th day of October, 2005.

Lisa A. Lariviere

# VERIFICATION

COMMONWEALTH OF VIRGINIA

CITY OF NORFOLK, to-wit:

I, David DiPersio, Chief Financial Officer of Colonna's Shipyard, Inc., and a duly authorized agent for Colonna's Shipyard, Inc., the plaintiff herein, have read the foregoing complaint and the factual allegations set forth therein, and the same are true and correct to the best of my knowledge, information and belief.

Name: David DiPersio
Title: Chief Financial Officer

SUBSCRIBED and sworn to before me this 7th day of October, 2005.

Notary Public
My Commission Expires: Nov 30, 2007