U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Colonna's Shipyard, Inc. | COURT CASE NUMBER: CA = 05-420ML |
| DEFENDANT: Motor Yacht Felicita West, et al | TYPE OF PROCESS: |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Newport Shipyard

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): Newport, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gordon P. Cleary
Vetter & White
20 Washington Place
Providence, RI 02903

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

H 849-5033
C 523-7726

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 401-421-3060

DATE: 10/7/2005

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | 10.7.05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): JAMES LIVINGSTON - MASTER OF SHIP

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):
NEWPORT SHIPYARD
1 WASHINGTON WAY
NEWPORT. RI

Date of Service: 10/10/05 Time: 0900 am pm

Signature of U.S. Marshal or Deputy: C.A Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 4005.00 | 160.05 | | 4165.05 | 10,000.00 | | 5834.95 |

REMARKS:

(1) DUSM (7) HOURS (90) MILES (1) END. C. MOORE 10/10/05
1 USM 7 hours 0 miles 1 end B. Stallwood
(2) DUSMS 35 hours 60 miles 1 end S Edson, R. Mueske
1 SDUSM 5 hours 180 miles (2 trips) C. Wyant

Totals - 1 End
Hours - 89
miles - 330

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)