UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COLONNA'S SHIPYARD, INC., )
Plaintiff ) C.A. No. 05-420/ML
)
v. )
)
MOTOR YACHT FELICITA WEST, )
her tackle, engines, etc. in rem, and WEST, )
LP, a Foreign Corporation, in personam, )
Defendants

**JOINT MOTION TO WITHDRAW PARTIAL FUNDS FROM THE REGISTRY OF THE COURT**

Pursuant to Local Rule 52, F.R.C.P. 67 and 28 U.S.C. §2042, Colonna's Shipyard, Inc., West, LP and S/Y FELICITA WEST, being all parties to this case, move to withdraw the sum of $300,000 from the Registry of the Court. The parties jointly request that the funds withdrawn be paid by the Clerk to the Breslin, Sweeney & Earle client account. The funds remaining after the withdrawal would continue to be held in the Registry of the Court pursuant to the terms of the Amended Order Granting Joint Motion entered on October 13, 2005.

A supporting memorandum is filed herewith.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard – Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: October 24, 2005

CERTIFICATE OF SERVICE

To:

John G. Earle, Esq.
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard – Suite 300
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Joint Motion To Withdraw Partial Funds from the Registry of the Court by mailing first class mail, postage prepaid, on the 24th day of October, 2005.

Lisa A. Lariviere

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. 05-420/ML |
| v. | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO WITHDRAW PARTIAL FUNDS FROM THE REGISTRY OF THE COURT**

This is a shipyard's maritime action *in rem* and *in personam* to recover charges owed for repair of a sailing vessel. The shipyard, Colonna's Shipyard, Inc., is situated on the eastern branch of the Elizabeth River close by the Port of Hampton Rhodes, Virginia. Colonna's is a substantial ship repair facility. See Exhibit 1.

The vessel involved, owned by West, LP, is the FELICITA WEST, at 211 feet in length, perhaps the largest aluminum sailing yacht in the world. See Exhibit 2. During the past season in the Caribbean, the FELICITA WEST ran aground , necessitating repairs to her retractable keel and hull. Colonna's was engaged to repair the damage to the FELICITA WEST.

Colonna's and West, LP are engaged in a dispute over the cost to repair FELICITA WEST. As a consequence, pursuant to process and orders requested by Colonna's and issued by this Court, the United States Marshals Service arrested FELICITA WEST in Newport, Rhode Island on October 10, 2005.

On October 11, 2005, the parties filed, and the Court granted, a joint motion to release FELICITA WEST from the custody of the Marshals Service, upon defendants' deposit of $825,000 into the Registry of the Court to stand as security for Colonna's claim.

At the time the funds were deposited into the Registry, a $300,000 wire payment by defendants to Colonna's was hung up in the architecture of the international banking system. Defendants initiated the wire payment on October 7, 2005, but it had not been received by Colonna's as of October 11, 2005. Thus, the $825,000 deposited into the Registry of the Court included funds to cover the $300,000 wire payment which had been sent, but which had not yet been received. Eventually, the $300,000 wire payment was received by Colonna's some six or seven days after the wire transfer was initiated.

As the parties have agreed that the $300,000 received by wire may be retained by Colonna's until the pending dispute is finally resolved, the parties have agreed to leave those funds with Colonna's and seek a $300,000 reduction of the funds on deposit in the Registry of the Court. Local Rule 52, F.R.C.P. 67 and 28 U.S.C. §2042 all provide, in pertinent part, that funds deposited into the Registry of the Court may not be withdrawn except by order of court; thus, the filing of this joint motion.

The principal sum that would remain in the Registry of the Court if this joint motion is granted, $525,000, would continue to be governed by the October 13, 2005 Amended Order releasing the S/Y FELICITA WEST and authorizing the deposit of funds into an interest-bearing account.

The parties apologize for the necessity of this motion, and hope that the Court and the Clerk's Office will understand that the full amount of security for Colonna's claim had to be deposited into the Registry of the Court in the first place. At that time, all considerations favored the release of the S/Y FELICITA WEST, but the $300,000 wire transfer was not in hand. For all these reasons, the parties jointly request that the motion to withdraw partial funds be granted.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard – Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: October 24, 2005

CERTIFICATE OF SERVICE

To:

John G. Earle, Esq.
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard – Suite 300
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Joint Motion To Withdraw Partial Funds from the Registry of the Court by mailing first class mail, postage prepaid, on the 24th day of October, 2005.