# COLONNA'S SHIPYARD, INC.

- [See our Brochure]
- [Employment]
- [Fabrication]
- [Machine Shop]
- [Facilities]
- [Current Work]
- [Location]
- [History]
- [Colonna Papers]
- [Contact Us]
- [Government Contracts]
- [Steel America]
- NORFOLK BARGE [Norfolk Barge Co.]
- [Yachts]
- [Links]
- [Employee luncheon]

***Since 1875, Colonna's Shipyard has been providing full-service ship repair.***





**Strategically loc**
**banks of Virgini**
**River, Colonna's**
**facilities can u**
**wide range of re**
**ships up to**

Dry Dock ---- Willo

Web authoring and hosting by Web Advantage

**EXHIBIT 1**

RAILWAY DRY DOCKS




| PIERS WHARVES & BULKHEADS | NUMBER | LENGTH | WATER DEPTH |
|---|---|---|---|
| | | | |
| **MAIN YARD** | 1 | 250' | 17' |
| | | 285' | 16' |
| | 2 | 440' | 22' |
| | 3 | 480' | 22' |
| | 4 | 560' | 24' |
| | 5 | 900' | 30' |
| | 6 | 240' | 30' |
| | | 120' | 30' |
| | | | |
| **WEST YARD** | 1 | 825' | 27' |
| | 2 | 600' | 6' |
| | 3 | 240' | 17' |

## SERVICES

The following services are located on various piers, wharves and bulkheads

**ELECTRIC 480/208/120 Volt** **SLOP OIL**

**EXHIBIT 1**