Elite Yacht Charters

# Felicita West



210'

10 guests, 12 crew

Built for a highly experienced Perini Owner, Felicità west underwent final sea trails in March 2003. The owner's previous experience has allowed him to create the quintessential Sailing Yacht, combining incredible spaces and comforts with true sailing performance as her 19,000 square feet of sail attest. Five luxurious suites for owners and guests, highly professional crew of 12, a long list of "water toys" and typical Perini Navi quality, all promise to deliver an outstanding charter experience. Toys include Two 20.6' Zodiac Hurricane RIBs with 230 hp jet drives, Laser 2000, Two lasers, Water-skiing, Two Wakeboards, Kneeboards, Two boogie boards, O'Brian intertube disk, Two inflatable kayaks, Snorkeling gear, Fishing equipment, Fold-out treadmill in master stateroom



**EXHIBIT 2**







**EXHIBIT 2**