UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | C.A. No. 05-420/ML |
| v. | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

## JOINT MOTION TO WITHDRAW PARTIAL FUNDS FROM THE REGISTRY OF THE COURT

Pursuant to Local Rule 52, F.R.C.P. 67 and 28 U.S.C. §2042, Colonna's Shipyard, Inc., West, LP and S/Y FELICITA WEST, being all parties to this case, move to withdraw the sum of $300,000 from the Registry of the Court. The parties jointly request that the funds withdrawn be paid by the Clerk to the Breslin, Sweeney & Earle client account. The funds remaining after the withdrawal would continue to be held in the Registry of the Court pursuant to the terms of the Amended Order Granting Joint Motion entered on October 13, 2005.

A supporting memorandum is filed herewith.

Granted. Mary M. Lisi USDJ 10/25/05

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard – Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: October 24, 2005

CERTIFICATE OF SERVICE

To:

John G. Earle, Esq.
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard – Suite 300
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Joint Motion To Withdraw Partial Funds from the Registry of the Court by mailing first class mail, postage prepaid, on the 24th day of October, 2005.

Lisa A. Lariviere