# United States District Court

DISTRICT OF
RHODE ISLAND

COLONNA'S SHIPYARD, INC.,
Plaintiff
V.
MOTOR YACHT FELICITA WEST, her tackle, engines, etc., in rem and WEST, LP, a Foreign Corporation, in personam,
Defendants

## SUMMONS IN A CIVIL CASE

CAS[redacted] 05 420 ML

TO: (Name and address of defendant)
West, LP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

October , 2005
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

FILED
2005 NOV -7 P 12: 29
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*

Due and proper service of the Amended Complaint and Summons are hereby acknowledged.

Attorney for S/Y Felicita West and West, LP, Defendants

John G. Earle

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.