UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC.,<br>Plaintiff<br><br>v.<br><br>MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-420/ML |

## STIPULATION

Plaintiff hereby stipulates that defendants may have up to and including December 9, 2005, to answer or otherwise respond to the amended complaint in this matter.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: December 2 , 2005

Enter:
Mary M. Lisi
USDJ 12/6/05

# CERTIFICATE OF SERVICE

To:

John G. Earle, Esq.
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard – Suite 300
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 2nd day of December, 2005.

Lisa A. Lariviere