UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC., Plaintiff | ) | |
| | ) | |
| v. | ) | C. A. No. 05-420/ML |
| | ) | |
| MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam, Defendants | ) | |

**JOINT MOTION TO WITHDRAW ALL REMAINNG**
**FUNDS FROM THE REGISTRY OF THE COURT**

Pursuant to Local Rule 52, F.R.C.P. 67 and 28 U.S.C. §2042, Colonna's Shipyard, Inc., West, LP and S/Y FELICITA WEST, being all of the parties to this case, move to withdraw all funds remaining on deposit in this matter from the Registry of the Court pursuant to the terms of the Amended Order Granting Joint Motion entered on October 13, 2005. The parties have reached an agreement of settlement of all disputes in this action. The parties jointly request that the net funds withdrawn, after deduction by the Clerk of a ten percent (10%) fee from any income earned on such account pursuant to Local Rule 52 and General Order dated December 3, 1990, be paid by the Clerk in two checks: one in the amount of $270,000.00 payable to "Colonna's Shipyard, Inc.," to be delivered to counsel for the plaintiff, Gordon P. Cleary; and the second, for the entire balance of the remaining principal ($255,000.00) plus net accrued interest (after payment of said 10% fee), payable to "John G. Earle, as attorney for West, LP and S/Y FELICITA WEST," to be delivered to counsel for the defendants, John G. Earle. These funds

are being withdrawn in furtherance of the settlement reached by the parties by which this matter is to be dismissed, with prejudice.

A supporting memorandum is filed herewith.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard – Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: December 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that I served on the above-named counsel of record a copy of the within Joint Motion To Withdraw All Funds from the Registry of the Court by hand delivering a copy of same on the 8th day of December, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC.,<br>Plaintiff<br><br>v.<br><br>MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam,<br>Defendants | ) | C. A. No. 05-420/ML |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO WITHDRAW ALL REMAINING FUNDS FROM THE REGISTRY OF THE COURT**

This matter has been settled by agreement of the parties.

Pursuant to an Amended Order entered on October 13, 2005, the Court granted a joint motion to release FELICITA WEST from the custody of the Marshals Service, upon defendants' deposit of $825,000 into the Registry of the Court to stand as security for Colonna's claim. Said sum of $825,000.00 was deposited by defendants with the Clerk on October 11, 2005, with the funds being invested in an interest-bearing account at Bank of America in Providence, Rhode Island (the "Account").

On October 25, 2005, this Court granted the parties' joint motion to withdraw the sum of $300,000 from the funds deposited in the Account.

There remains on deposit in the Account under the control of the Clerk the principal sum of $525,000.00, plus any accrued interest or other income earned on such deposited funds.

Pursuant to the terms of a Mutual Release and Settlement Agreement entered into by and between the parties, the monies in the Account are to be disbursed so that plaintiff, Colonna's

Shipyard, Inc., shall receive the principal sum of $270,000.00, and the defendants, West, LP and S/Y FELICITA WEST, shall receive the remaining balance of principal ($255,000.00) and accrued interest in the Account, after deduction by the Clerk of the Court of the ten percent (10%) fee with respect to any income earned by the Account, pursuant to Local Rule 52 and General Order of this Court dated December 3, 1990.

For these reasons, the parties jointly request that the motion to withdraw all remaining funds deposited with the Court, subject to the 10% deduction from any interest accrued on the Account, be granted.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard, Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: December 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Joint Motion To Withdraw All Remaining Funds from the Registry of the Court by hand delivery on the 8th day of December, 2005.