UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC.,<br>Plaintiff<br><br>v.<br><br>MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 05-420/ML |

**ORDER GRANTING JOINT MOTION TO WITHDRAW**
**ALL REMAINING FUNDS FROM THE REGISTRY OF THE COURT**

Pursuant to Local Rule 52, F.R.C.P. 67 and 28 U.S.C. §2042, Colonna's Shipyard, Inc., West, LP and S/Y FELICITA WEST, being all of the parties to this case, have jointly moved to withdraw all funds remaining on deposit in this matter from the Registry of the Court pursuant to the terms of the Amended Order Granting Joint Motion entered on October 13, 2005.

The parties have informed the Court that they have reached an agreement in settlement of all disputes in this action, and they have provided the Court with a stipulation of dismissal.

The parties have jointly requested that the net funds withdrawn, after deduction by the Clerk of a ten percent (10%) fee from any income earned on such Account pursuant to Local Rule 52 and General Order dated December 3, 1990, be paid by the Clerk in two checks: one in the amount of $270,000.00 payable to "Colonna's Shipyard, Inc.," to be delivered to counsel for the plaintiff, Gordon P. Cleary; and the second, for the entire balance of the remaining principal ($255,000.00) plus net accrued interest (after payment of said 10% fee), payable to "John G.

Earle, as attorney for West, LP and S/Y FELICITA WEST," to be delivered to counsel for the defendants, John G. Earle.

Based upon the foregoing, and by agreement of the parties, it is hereby

**O R D E R E D:**

1. The parties shall file with the Clerk such tax withholding forms as the Clerk may require, identifying the parties and their respective tax identification numbers.

2. The Clerk shall withdraw all funds (the principal sum of $525,000, plus all accrued interest or other income earned and accrued thereon) from the money market savings account (the "Account") presently on deposit with the Bank of America, 111 Westminster Street, Providence, Rhode Island 02903, which Account was established pursuant to that certain Amended Order of this Court entered on October 13, 2005.

3. From the funds so withdrawn, the Clerk shall disburse the principal sum of Two Hundred Seventy Thousand and 00/100 Dollars ($270,000.00) in a check payable to "Colonna's Shipyard, Inc.," 2401 Kimball Terrace, Norfolk, Virginia 23523, which such check shall be delivered to counsel for the plaintiff, Gordon P. Cleary.

4. From the funds so withdrawn, the Clerk shall deduct and retain ten percent (10%) of all interest or other income earned by and accrued in such Account, pursuant to Local Rule 52 and the General Order of this Court dated December 3, 1990.

5. From remainder of the funds so withdrawn, the Clerk shall disburse the entire remaining principal amount of Two Hundred Fifty-five Thousand and 00/100 Dollars ($255,000.00), plus all remaining interest or other income earned by and accrued in such Account (less the said 10% deduction set forth in paragraph 4., above) in a check payable to "John G. Earle, as attorney for West, LP and S/Y FELICITA WEST," First Floor, Jubilee

Buildings, Victoria Street, Douglas, Isle of Man, 1M1 2SH, United Kingdom, which such check shall be delivered to counsel for the defendants, John G. Earle.

6. Upon the complete disbursement of funds as set forth herein, the dismissal stipulation executed by counsel for all parties shall be filed with the papers in this case and the Complaint and Amended Complaint shall be DISMISSED, with prejudice.

7. No fees or costs are awarded in this matter.

ENTER:

Mary M. Lisi
Mary M. Lisi, USDJ

Date: 12/8/05

PER ORDER:

Barbara Barletta
Clerk

CONSENTED TO:

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard, Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX