UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLONNA'S SHIPYARD, INC.,<br>Plaintiff<br><br>v.<br><br>MOTOR YACHT FELICITA WEST, her tackle, engines, etc. in rem, and WEST, LP, a Foreign Corporation, in personam,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-420/ML |

**STIPULATION OF DIMISSAL**

This matter has been settled by agreement of the parties. The Complaint and the Amended Complaint herein are dismissed, with prejudice. No costs or fees are to be awarded to any party.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

John G. Earle, No. 2406
BRESLIN, SWEENEY & EARLE, LLP
Attorneys for Defendants
222 Jefferson Boulevard – Suite 300
Warwick, Rhode Island 02888
(401) 737-8484
(401) 738-6935 FAX

Dated: December 8, 2005

Enter: Mary M. Lisi USDJ 12/8/05